IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WYOUMAN DAVID CAMP
ADC #086002                                                                           PETITIONER

v.                                       No. 5:16-cv-46-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                          RESPONDENT

### ORDER

1. On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, № 13, and overrules Camp's objections, № 14. FED. R. CIV. P. 72(b)(3). Camp's petition will be dismissed with prejudice.

2. Camp pushes for a certificate of appealability on his *Brady/Giglio* claim. № 14 at 1–2. But he hasn't cleared AEDPA's high bar. 28 U.S.C. § 2254(d)(1). The Arkansas Supreme Court correctly identified the controlling precedent and didn't apply it in an objectively unreasonable way. *Williams v. Taylor*, 529 U.S. 362, 409–13 (2000). Because that isn't a matter about which reasonable jurists could disagree, no certificate of appealability will issue. 28 U.S.C. § 2253(c); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

*DPMarshall Jr.*
D. P. Marshall Jr.
United States District Judge

*8 February 2017*