# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WYOUMAN DAVID CAMP
ADC #086002                                                              PETITIONER

v.                              No. 5:16-cv-46-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                        RESPONDENT

## JUDGMENT

Camp's petition is dismissed with prejudice.

*D. P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

8 February 2017